# EXHIBIT 4

Case 5:12-cv-00601-C   Document 1-4   Filed 05/24/12   Page 2 of 3

"BOARD OF COUNTY COMMISSIONERS vs. FREEPORT-MCMORAN COPPER & ...   Page 1 of 2

## Case Information

BOARD OF COUNTY COMMISSIONERS vs. FREEPORT-MCMORAN COPPER & GOLD

| Case Identifier | Kay (Newkirk) OK -- CJ-2012-00074 Monitor this case |
|---|---|
| Type of Case | Civil Cases in which the relief sought exceeds $10,000 |
| Date Filed | 05/23/2012 |
| Amount Owed | $0.00 (as of 05/24/2012 11:15am) |

## Offense or Cause

- PROPERTY DAMAGES

## Parties Involved

| Plaintiff | BOARD OF COUNTY COMMISSIONERS | Monitor this person |
|---|---|---|
| Judge | ROSS, PHILIP A. | |
| Defendant | FREEPORT-MCMORAN COPPER & GOLD | Monitor this person |
| Plntf Atty. | SHANDY, DONALD *of Oklahoma City OK* | |
| Plntf Atty. | MENZER, JAMES L *of Blackwell OK* | |
| Plaintiff | OF THE COUNTY OF KAY, OKLAHOMA | Monitor this person |
| Defendant | FREEPORT-MCMORAN CORPORATION | Monitor this person |
| Defendant | F/K/A | Monitor this person |
| Defendant | PHELPS DODGE CORPORATION | Monitor this person |
| Defendant | CYPRUS AMAX MINERALS COMPANY | Monitor this person |
| Defendant | AND | Monitor this person |
| Defendant | BLACKWELL ZINC CO INC *of Oklahoma City OK* | Monitor this person |

Case 5:12-cv-00601-C   Document 1-4   Filed 05/24/12   Page 3 of 3

"BOARD OF COUNTY COMMISSIONERS vs. FREEPORT-MCMORAN COPPER & ...   Page 2 of 2

## Case entries

| Date | Description | Amount | Images |
|---|---|---|---|
| 05/23/2012 | PETITION ($10,001 OR MORE) | $163.00 | 24 images |
| | LAW LIBRARY | $6.00 | |
| | DISPUTE MEDIATION ASSESSMENT | $2.00 | |
| | Oklahoma Court Information System Fee - Effective 07/01/04 | $25.00 | |
| | LENGTHY TRIAL FUND | $10.00 | |
| | OK COURT APPOINTED SPECIAL ADVOCATES | $5.00 | |
| | 10% OF CASA TO COURT CLERK REVOLVING FUND | $0.50 | |
| | OK COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | $2.00 | |
| | 10% OF COJC TO COURT CLERK REVOLVING FUND | $0.20 | |
| **Grand Total** | | **$213.70** | |

## Receipts

| Date | Description | Amount |
|---|---|---|
| 05/23/2012 | 00-179488 MENZER, JAMES L. | $213.70 |
| **Grand Total** | | **$213.70** |

© 2012 - KellPro, Inc.
Terms of Service