# IN THE UNITED STATES DISTRICT COURT
# FOR WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BOARD OF COUNTY COMMISSIONERS ) <br> OF THE COUNTY OF KAY, OKLAHOMA ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FREEPORT-MCMORAN COPPER & GOLD ) <br> INC.; FREEPORT-MCMORAN ) <br> CORPORATION f/k/a PHELPS DODGE ) <br> CORPORATION; CYPRUS AMAX ) <br> MINERALS COMPANY; and BLACKWELL ) <br> ZINC COMPANY, INC.; ) <br> ) <br>     Defendants. ) | Case No. CIV-12-00601-C |

## PLAINTIFF'S FINAL WITNESS LIST

Pursuant to the Court's Scheduling Order of August 9, 2012 (Doc. No. 34), ¶ 4(a), the following will serve as the Final Witness List of Plaintiff, Board of County Commissioners of the County of Kay, Oklahoma:

**EXHIBIT 5**

| NO. | NAME | ADDRESS | EXPECTED TESTIMONY | CALL |
|---|---|---|---|---|
| 1 | Kent Alme | Freeport-McMoRan c/o Defendants | Deposed | May |
| 2 | Steven Amter | Disposal Safety Incorporated 1001 Connecticut Avenue, NW Suite 525 Washington, DC 20036 | Expert testimony; Report provided and to be deposed | Expected |
| 3 | Stuart Brown | Freeport-McMoRan c/o Defendants | Deposed | May |
| 4 | Brady Burke | River Ridge Construction 707 E. 6th Newkirk, OK 74647 | Identification of Smelter waste in Kay County road and bridge projects; Instructions given by Kay County for handling of Smelter waste; Concern for workers over Smelter waste | May |
| 5 | Randy Burkhalter | 1500 South O Street Blackwell, OK 74631 | Identification of Smelter waste in Kay County road system; Use of Kay County road system; Dusty condition of Kay County roads | Expected |
| 6 | Joanna Campbell | Executive Director Top of Oklahoma Historical Museum 303 South Main Street Blackwell, OK 74631 | If needed, to identify and authenticate historical photographs and documents obtained from the Top of Oklahoma Historical Museum | May |
| 7 | William Cobb | Freeport-McMoRan c/o Defendants | Deposed | May |
| 8 | Dorvin Constant | Kay County District 3 1814 W. Dewey Blackwell, OK 74631 | Previously deposed | Expected |
| 9 | Mark Cordell | Mayor City of Blackwell P. O. Box 350 Blackwell, OK 74631 | Remediation in the City of Blackwell by Defendants; Identification and notification to Defendants of Smelter waste in Kay County road system and throughout the County | Expected |

| 10 | Ken Crowder | Ken Crowder Photography<br>117 E Grand Avenue<br>Tonkawa, OK 74653 | Authentication of photographs and identification of Smelter waste in County road system | May |
|---|---|---|---|---|
| 11 | Hugh Donahue | Unknown | Deposition testimony in prior litigation (2008) | May |
| 12 | Angela Evans | Blackwell Zinc Company<br>c/o Defendants | Status as employee of Blackwell Zinc but payment of salary and other benefits by Freeport-McMoRan | May |
| 13 | John Fenn | Freeport-McMoRan<br>c/o Defendants | Deposed | May |
| 14 | Dr. George Flowers | Tulane University<br>Department of Earth and Environmental Sciences<br>6823 St. Charles Avenue<br>101 Blessey Hall, Room 205<br>New Orleans, LA 701118 | Expert testimony; Report provided and to be deposed | Expected |
| 15 | James Frazier | Unknown | Deposition testimony in prior litigation (1972) | May |
| 16 | Jill Glenny | 5320 South 60th Street<br>Blackwell, OK 74631 | Identification of Smelter waste in Kay County road system; Use of Kay County road system | Expected |
| 17 | Stan Hayes | Environ<br>c/o Defendants | Modeling used in Defendants' risk assessments | May |
| 18 | Marie Head | 16983 W. Bender Road<br>Blackwell, OK 74631 | Use of Kay County road system; Dusty condition of Kay County roads | Expected |
| 19 | Michael Hughes | Consultant<br>c/o Defendants | Background information surrounding his study performed on Smelter waste use in roads | May |
| 20 | Mike Leach | Freeport-McMoRan<br>c/o Defendants | Remediation by Defendants associated with the Smelter | May |
| 21 | Pete Lively | Road Foreman<br>Kay County District 3<br>1814 W. Dewey<br>Blackwell, OK 74631 | Previously deposed | Expected |

3

| 22 | Carol Purdy | Kay County Assessor<br>201 S. Main<br>Newkirk, OK 74647 | Identification of County-owned properties Defendants offered to test | May |
|---|---|---|---|---|
| 23 | Rex Purdy | 9801 South 124th<br>Tonkawa, OK 74653 | Historical use and observation of Smelter waste in Kay County road system | May |
| 24 | Don Rickner | 1565 South O Street<br>Blackwell, OK 74631 | Identification of Smelter waste in Kay County road system; Use of Kay County road system; Dusty condition of Kay County roads | Expected |
| 25 | Tyson Rowe | Commissioner<br>Kay County District 3<br>1814 W. Dewey<br>Blackwell, OK 74631 | Previously deposed | Expected |
| 26 | Larry Shields | Kay County District 3<br>1814 W. Dewey<br>Blackwell, OK 74631 | Previously deposed | Expected |
| 27 | Karl E. Stickley, P.E. | C. H. Guernsey<br>5555 N. Grand Boulevard<br>Oklahoma City, OK 73112 | Expert testimony; Report provided and to be deposed | Expected |
| 28 | Chris Saranko | Environmental Planning Specialists, Inc.<br>c/o Defendants | Deposed | May |
| 29 | John Shonfelt | Arcadis U.S., Inc.<br>c/o Defendants | To be deposed | May |
| 30 | Dr. Christopher M. Teaf | President & Director of Toxicology<br>Hazardous Substance & Waste<br>  Management Research<br>2976 Wellington Circle West<br>Tallahassee, FL 32309 | Expert testimony; Report provided and to be deposed | Expected |

| 31 | Scott Thompson | Director<br>Land Protection Division<br>Oklahoma Department of<br>Environmental Quality<br>P.O. Box 1677<br>Oklahoma City, OK 73101 | Oklahoma DEQ Land Protection Division past precedent and policy for cleanup of Smelter waste at sites in Oklahoma | Expected |
|---|---|---|---|---|
| 32 | Vern Wilbanks | 714 Almack Drive<br>Blackwell, OK 74631 | Historical use and observation of Smelter waste in Kay County road system | May |
| 33 | John Wilson | Kay County District 3<br>1814 W. Dewey<br>Blackwell, OK 74631 | County road and bridge construction and maintenance and identification and impacts from Smelter waste | May |
| 34 | Laile Wilson | 935 South 6th Street<br>Blackwell, OK 74631 | Historical use and observation of Smelter waste in Kay County road system | May |
| 35 | Alter Ego/Instrumentality Expert | | Expert testimony; Report to be furnished to Defendants on or before July 18, 2013; Expected to be deposed | Expected |
| 36 | Defendant 30(b)(6) Representative | | Authenticate historical documents of BZC/Amax | May |
| 37 | Records Custodian of Ponca City | Unknown | If needed, to authenticate historical document | May |
| 38 | Any witnesses deposed or that may be deposed during ongoing discovery to whom Kay County does not object ||| May |
| 39 | Any witnesses listed by other parties to whom Kay County does not object ||| May |
| 40 | Any witnesses identified during ongoing discovery to whom Kay County does not object ||| May |
| 41 | Any additional expert witnesses, including but not limited to rebuttal witnesses, determined to be necessary during ongoing discovery by Kay County pursuant to Fed.R.Civ.P. 26(a)(2)(D)(ii) and/or as permitted by the Court ||| May |
| 42 | Any rebuttal witnesses determined to be necessary by Kay County ||| May |

Respectfully submitted,


*s/Phillip G. Whaley*
Patrick M. Ryan (OBA No. 7864)
Donald K. Shandy (OBA No. 11511)
Phillip G. Whaley (OBA No. 13371)
Stephen C. Gelnar (OBA No. 18381)
Patrick R. Pearce, Jr. (OBA No. 18802)
RYAN WHALEY COLDIRON SHANDY PLLC
900 Robinson Renaissance
119 North Robinson
Oklahoma City, OK 73102
Ph:     (405) 239-6040
Fax:    (405) 239-6766
Email:  pwhaley@ryanwhaley.com


- and -


James L. Menzer (OBA No. 12406)
MENZER LAW OFFICES, P.C.
211 West Blackwell Avenue
P.O. Box 818
Blackwell, OK 74631-0818
Ph:     (580) 363-0800
Fax:    (580) 363-0801
Email: James.Menzer@MenzerLaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2013, I electronically transmitted the attached document to the clerk of this Court using the ECF system for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

    Reid E. Robison - reid.robison@mcafeetaft.com
    Timothy J. Bomhoff - tim.bomhoff@mcafeetaft.com
    Steve Lewis - steve@lewisoklaw.com
    Morgan L. Copeland - mcopeland@velaw.com
    Lewis C. Sutherland – lsutherland@velaw.com
    Tracey R. Keegan – tkeegan@velaw.com
    Sandra G. Rodriguez - srodriguez@velaw.com

                                          *s/Phillip G. Whaley*
                                          Phillip G. Whaley