# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF KAY, OKLAHOMA, <br><br> Plaintiff, <br><br> vs. <br><br> FREEPORT-MCMORAN COPPER & GOLD, INC.; FREEPORT-MCMORAN CORPORATION f/k/a PHELPS DODGE CORPORATION; CYPRUS AMAX MINERALS COMPANY; and BLACKWELL ZINC COMPANY, INC. <br><br> Defendants. | ) ) ) ) ) ) ) ) CASE NO. 5:12-cv-00601-C ) ) ) ) ) ) ) ) ) ) |

## DEFENDANTS' FINAL LIST OF TRIAL WITNESSES

Pursuant to the Court's Scheduling Order dated August 9, 2012 (Document No. 34), the following will serve as the list of trial witnesses for Defendants.

Respectfully submitted,

*/s/ Morgan L. Copeland, Jr.* _____
Reid E. Robison (OBA No. 7692)
Timothy J. Bomhoff (OBA No. 13172)
MCAFEE & TAFT A PROFESSIONAL CORPORATION
Two Leadership Square
211 North Robinson Avenue, Suite 1000
Oklahoma City, Oklahoma 73102-7103
Ph: 405.235.9621
Fax: 405.235.0439
Email: tim.bomhoff@mcafeetaft.com
reid.robison@mcafeetaft.com


EXHIBIT 6

-and-

Morgan L. Copeland, Jr.
Tracey R. Keegan
VINSON & ELKINS L.L.P.
First City Tower, Suite 2500
1001 Fannin Street
Houston, Texas 77002-6760
Ph: 713.758.2222
Fax: 713.758.2346
Email: mcopeland@velaw.com
tkeegan@velaw.com

Sandra G. Rodriguez
VINSON & ELKINS L.L.P.
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Ph: 512.542.8400
Fax: 512.542.8612
Email: srodriguez@velaw.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2013, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Patrick M. Ryan
Donald K. Shandy
Phillip G. Whaley
Stephen C. Gelnar
Patrick R. Pearce, Jr.
RYAN WHALEY COLDIRON SHANDY PLLC
900 Robinson Renaissance
119 North Robinson
Oklahoma City, Oklahoma 73102
dshandy@ryanwhaley.com

James L. Menzer
Menzer Law Offices, P.C.
211 West Blackwell Avenue
P.O. Box 818
Blackwell, Oklahoma 74631-0818
James.Menzer@menzerlaw.com

*Attorneys for Plaintiff*

                                                *s/ Sandra Rodriguez*
                                                Sandra Rodriguez

## I.    FACT WITNESSES

Please see Defendants' previous responses to discovery and any supplements thereto for a complete designation and anticipated testimony of each witness.

| NO. | NAME | ADDRESS | EXPECTED TESTIMONY | CALL |
|---|---|---|---|---|
| 1. | Kent Alme | 333 North Central Ave. Phoenix, Arizona 85004 | Previously deposed (testimony regarding BZC's accounting practices and financial status). | Expected |
| 2. | Steve Austin | 1814 W. Dewey Blackwell, OK 74631 | Previously deposed. | Expected |
| 3. | Stuart Brown | 333 North Central Ave. Phoenix, Arizona 85004 | Previously deposed and BZC's reconnaissance, sampling, and risk assessment work on Kay County rights-of-way pursuant to October 2012 ODEQ Consent Agreement; Blackwell Zinc Company's correspondence with Kay County, ODEQ, and U.S. EPA relating to Kay County assessment; Defendants' remedial efforts in Blackwell, Oklahoma; BZC's incurrence of related environmental response costs; Defendants' remedial efforts at other discontinued smelter sites including but not limited to Collinsville, Bartlesville, and Altoona; nerve center issues related to Blackwell Zinc Company. | Expected |
| 4. | Nancy Coleman | c/o Plaintiff | To be deposed. | May |

| 5. | Dorvin Constant | 1814 W. Dewey Blackwell, OK 74631 | Previously deposed. | May |
|---|---|---|---|---|
| 6. | Angela Evans | Blackwell Zinc Company 380 Stevens Ave. Blackwell, OK 74653 | Previously deposed. | May |
| 7. | Michael Hughes | Mike Hughes Consulting Services, PLLC PO Box 13398 Oklahoma City, Oklahoma 73113 | To be deposed (identification of documents and photos related to County roads and bridges and his studies and publications from the late 1960s and early 1970s relating to the use of smelter material for road construction). | May |
| 8. | John Fenn | 8451 N. Burke Drive Tucson, Arizona 85742 | Previously deposed. | May |
| 9. | Pete Lively | 1814 W. Dewey Blackwell, OK 74631 | Previously deposed. | May |
| 10. | Sharon Rowan | The Ponca City News 300 North Third Ponca City, OK 74601 | If needed to authenticate a news article she wrote in 2007. | Expected |
| 11. | Tyson Rowe | 1814 W. Dewey Blackwell, OK 74631 | Previously deposed. | May |
| 12. | Chris Saranko | EPS 1050 Crown Pointe Parkway, Suite 550 Atlanta, Georgia 30338 | Previously deposed (the data and other facts associated with the development and completion of the Human Health Risk Assessment conducted under the Consent Agreement and Final Order and incurrence of response costs for this work). | May |

5

| 13. | Dee Schieber | 1814 W. Dewey Blackwell, OK 74631 | Previously deposed. | Expected |
| --- | --- | --- | --- | --- |
| 14. | Larry Shields | 1814 W. Dewey Blackwell, OK 74631 | Previously deposed. | May |
| 15. | John Shonfelt | ARCADIS U.S., Inc. Rosehill Office Park 1 8725 Rosehill, Suite 350 Lenexa, Kansas 66215 | Previously deposed (the data and other facts associated with the development and completion of the Arcadis' reconnaissance, the distribution of smelter materials in Kay County, and development and completion of the Arcadis sampling work and other field investigations, the development and completion of the draft site characterization report prepared pursuant to the Consent Agreement and Final Order as well as BZC's incurrence of response costs for this work). | May |
| 16. | Damon Wright | c/o Plaintiff | To be deposed. | May |
| 17. | Custodian of Records for Defendants | 333 N. Central Ave. Phoenix, AZ 85004 | To identify and prove up business records. | May |
| 18. | Custodian of Records for EPA | 1200 Pennsylvania Ave., N.W. Washington, DC 20460 Or Oklahoma Field Office 1645 South 101 East Avenue, Room 134 Tulsa, OK 74128 | To identify and prove up business records. | May |

6

| 19. | Custodian of Records for ODEQ | 707 N Robinson Oklahoma City, OK | To identify and prove up business records. | May |
|---|---|---|---|---|
| 20. | Custodian of Records for Arcadis | 2929 Briarpark Drive Houston, TX 77042 | To identify and prove up business records. | May |
| 21. | Custodian of Records for P.T.I Environmental Services | 4000 Kruse Way Place Building #2, Suite 285 Lake Oswego, OR 97035 | To identify and prove up business records. | May |
| 22. | Custodian of Records for Shaw Environmental | 3010 Briarpark Drive, Ste. 400 Houston, TX 77042 | To identify and prove up business records. | May |
| 23. | Custodian of Records for the Circuit Engineering District | 429 N.E. 50th Street Oklahoma City, OK 73105 | To identify and prove up business records. | May |
| 24. | Custodian of Records for Oklahoma DOT | 200 N.E. 21st Street Oklahoma City, OK 73105 | To identify and prove up business records. | May |
| 25. | Custodian of Records for Kay County | c/o Plaintiff | To identify and prove up business records. | May |
| 26. | Custodian of Records for ACCO | 429 N.E. 50th Street, 3rd Floor Oklahoma City, OK 73105 | To identify and prove up business records. | May |
| 27. | Custodian of Records for Titan Environmental / EMC[2] | 7220 North 16th Street, Suite E Phoenix, AZ 85020 | To identify and prove up business records. | May |

7

## II. EXPERT WITNESSES

The following witnesses may appear either live or by deposition. Please see Defendants' List of Expert Witnesses in Chief and any supplements thereto for a complete designation and description of the anticipated testimony of each of these witnesses.

| NO. | NAME | ADDRESS | EXPECTED TESTIMONY | CALL |
|---|---|---|---|---|
| 1 | Dr. Barbara D. Beck | Gradient 20 University Road Cambridge, MA 02138 | Dr. Beck will provide opinions regarding the potential for human health risks arising from the exposure to smelter materials present in the Kay County road system. Dr. Beck will also provide opinions regarding the historical development of knowledge regarding the toxicology of arsenic, lead, cadmium and zinc. Dr. Beck will also provide responses to specific statements in reports by Plaintiffs' experts Dr. Christopher Teaf and Mr. Steven Amter. For a more complete description please see Expert Report of Barbara Beck served on Plaintiff on June 17, 2013 and incorporated herein by reference. | Expected |
| 2 | William L. Hall, PE | NewFields 1349 Peachtree Street 2 Midtown Plaza, Suite 2000 | Mr. Hall will provide opinions regarding the site investigation of Kay County roads conducted by the Parties including | Expected |

8

| | | Atlanta, GA 30307 | whether environmental remediation is required. He will also address the use of smelter materials in road construction in Kay County including the current distribution of smelter materials in the Kay County road system. Mr. Hall will also provide opinions regarding the County's current management practices for smelter material in roadways and will offer responses to the cost estimates presented by Plaintiff's expert, Karl E. Stickley. For a more complete description please see Expert Report of William Hall served on Plaintiff on June 17, 2013 and incorporated herein by reference. | |
|---|---|---|---|---|
| 3 | Dr. Thomas C. Ginn | Exponent 1040 E. Park Ridge Drive Sedona, AZ 86336 | Dr. Ginn will provide opinions regarding the potential for ecosystem risks arising from the smelter materials present in the Kay County road system. For a more complete description please see Expert Report of Thomas Ginn served on Plaintiff on June 17, 2013 and incorporated herein by reference. | May |
| 4 | Dr. Mark A. Williamson | Geochemical Solutions 1943 Lakewood | Dr. Williamson will provide opinions regarding the chemical stability, fate, | Expected |

9

|   |   | Drive<br>Loveland, CO<br>80538 | and transport of metals found in smelter materials in the Kay County road system. For a more complete description please see Expert Report of Mark Williamson served on Plaintiff on June 17, 2013 and incorporated herein by reference. |   |
|---|---|---|---|---|
| 5 | Dr. Alan D. Zunkel | A.D. Zunkel Consultants, Inc. 8020 N.E. 71st Loop Vancouver, WA 98662 | Dr. Zunkel will provide opinions regarding the operation of the Blackwell Zinc smelter, including the technology, equipment and operating practices employed and the practice of providing byproduct materials to the community. Dr. Zunkel will also provide responses to specific statements in reports by Plaintiffs' experts Dr. George Flowers and Mr. Steven Amter. For a more complete description please see Expert Report of Alan Doug Zunkel served on Plaintiff on June 17, 2013 and incorporated herein by reference. | Expected |
| 6 | Richard Bartelt | 2618 Hartzell Street Evanston, IL 60201 | Mr. Bartelt will provide opinions regarding the regulatory treatment of smelter materials at other sites, consistency of Defendants' actions under the Consent Agreement and Final Order with the National Contingency Plan, and the County's | Expected |

10

| | | | | |
|---|---|---|---|---|
| | | | Opportunities to participate remediation activities related to the Blackwell Zinc Smelter. For a more complete description please see Expert Report of Richard Bartelt served on Plaintiff on June 17, 2013 and incorporated herein by reference. | |
| 7 | Financial Expert | | Expert to be named expressing opinions regarding the corporate structure, governance, and financial operations of Blackwell Zinc Company, interactions with the entities that own BZC, and whether other entities are the alter ego of BZC as well as issues involving piercing the BZC corporate veil. | Expected |

US 1993860v.1    11