# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BOARD OF COUNTY COMMISSIONERS ) | |
| OF THE COUNTY OF KAY, OKLAHOMA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-12-601-C |
| ) | |
| FREEPORT-MCMORAN COPPER & GOLD ) | |
| INC.; FREEPORT-MCMORAN ) | |
| CORPORATION f/k/a PHELPS DODGE ) | |
| CORPORATION; CYPRUS AMAX ) | |
| MINERALS COMPANY; and BLACKWELL ) | |
| ZINC COMPANY, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER APPROVING FINAL PRETRIAL REPORT

The Final Pretrial Report (Doc. No. 210) filed by the parties on October 1, 2013 is hereby approved.

IT IS SO ORDERED this 3rd day of October, 2013.

_____
ROBIN J. CAUTHRON
United States District Judge