IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF KAY, OKLAHOMA,<br><br>    Plaintiff,<br><br>vs.<br><br>FREEPORT-McMORAN COPPER & GOLD, INC., ET AL.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-12-601-C<br>)<br>)<br>)<br>)<br>) |

## ADMINISTRATIVE CLOSING ORDER

On the representation from counsel for plaintiff and defendants, the parties have reached a settlement and compromise, it is ordered that the Clerk administratively terminate this action in his records without prejudice to the rights of the parties to reopen the proceeding for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

If the parties have not reopened this case on or before December 31, 2013, for the purpose of dismissal pursuant to the settlement and compromise, Plaintiff's action shall be deemed to be dismissed. All pending motions are stricken as moot.

IT IS SO ORDERED this 7th day of October, 2013.

_[signature]_
ROBIN J. CAUTHRON
United States District Judge